Colin H. Murray, State Bar No. 159142
Kevin D. Whittaker, State Bar No. 224700
Daniel G. Valles, State Bar No. 269137
Benjamin R. Buchwalter, State Bar No. 301130
**BAKER & McKENZIE LLP**
Two Embarcadero Center, Suite 1100
San Francisco, CA 94111-3802
Telephone:  + 1 415 576 3000
Facsimile:   + 1 415 576 3099
Email:       Colin.Murray@bakermckenzie.com
             Kevin.Whittaker@bakermckenzie.com
             Daniel.Valles@bakermckenzie.com
             Ben.Buchwalter@bakermckenzie.com

Attorneys for Plaintiff
FREEMAN EXPOSITIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FREEMAN EXPOSITIONS, INC., a Texas Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation, and DOES 1-50,<br><br>   Defendants. | Case No.  8:17-cv-00364-CJC-JDE<br><br>**PLAINTIFF FREEMAN EXPOSITIONS, INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANT TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE PENDING TRIAL IN THIS ACTION**<br><br>Complaint Filed: February 24, 2017 |

TO THIS HONORABLE COURT:

   Plaintiff Freeman Expositions, Inc. ("Freeman") submits this Ex Parte Application for Temporary Restraining Order and Order for Defendant Global Experience Specialists, Inc. ("GES") to Show Cause why a preliminary injunction should not issue pending trial in this action. This Application for Temporary

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA  94111
+1 415 576 3000

1

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
CASE NO. 8:17-CV-00364-CJC-JDE

Restraining Order and Order to Show Cause is based on: (1) this Application; (2) the Memorandum of Points and Authorities filed herewith; (3) the Declaration of Landon Shores; (4) the Declaration of Anytra Lowe-Texidor; and (5) the Declaration of Benjamin R. Buchwalter. The relief in this action is authorized by Federal Rule of Civil Procedure 65.

In particular, this Court should issue a temporary restraining order precluding GES from seeking to enforce its non-compete agreement in Nevada, or anywhere else, to the extent that: (1) such enforcement would prevent Freeman from employing Shores, or any other GES employee, in California; and (2) such enforcement would prevent Shores from being able to solicit any GES customers in California while employed by Freeman in California.

This relief is called for because: (1) Freeman has a strong likelihood of success on the merits; (2) Freeman will suffer irreparable harm if the temporary restraining order is not granted; (3) the balancing of equities favors Freeman; and (4) the public interest favors a temporary restraining order preventing GES from enforcing the Non-Compete Agreement in California.

This relief is essential, as Freeman has no other adequate remedy at law.  GES has filed a Complaint and Motion for Preliminary Injunction attempting to restrain employee Landon Shores ("Shores") from working for Freeman in California.  If this Court does not impose a temporary restraining order, GES may obtain a preliminary injunction from the Nevada state court, and Shores will be forced to stop working for Freeman during the non-compete period, despite Freeman's likely success on the merits here.  This Court's temporary restraining order is necessary to prevent the irreparable harm that would result from GES conduct.

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA  94111
+1 415 576 3000

2

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
CASE NO. 8:17-CV-00364-CJC-JDE

1  Finally, Freeman respectfully requests that this Court issue an Order for
2  Defendant to Show Cause why a preliminary injunction should not issue pending trial
3  in this action.

4

5  Dated:  March 2, 2017                     Respectfully submitted,

6                                            BAKER & MCKENZIE LLP

7                                            By: */s/ Benjamin R. Buchwalter*
                                                 Benjamin R. Buchwalter
8                                                Attorneys for Plaintiffs
                                                 FREEMAN EXPOSITIONS, INC.

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA  94111
+1 415 576 3000

3
EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
CASE NO. 8:17-CV-00364-CJC-JDE