1  Ron S. Brand, SBN 224809
   JACKSON TIDUS
2  A Law Corporation
   2030 Main Street, Suite 1200
3  Irvine, California 92614
   Telephone:  (949) 752-8585
4  Facsimile:   (949) 752-0597
   Email:         rbrand@jacksontidus.law
5
   Attorneys for Defendant
6  GLOBAL EXPERIENCE SPECIALISTS,
   INC., a Nevada Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

12

13  FREEMAN EXPOSITIONS, INC., | CASE NO.:  8:17-CV-00364-CJC-JDE
    a Texas Corporation,

14              Plaintiff,

15  vs.                           | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
16  GLOBAL EXPERIENCE              **DEFENDANT'S OPPOSITION TO**
    SPECIALISTS, INC., a Nevada    **PLAINTIFF'S EX PARTE**
17  Corporation, and DOES 1-50,    **APPLICATION FOR TEMPORARY RESTRAINING**
18              Defendants.        **ORDER AND ORDER FOR DEFENDANT TO SHOW CAUSE**
19                                 **RE PRELIMINARY INJUNCTION;**
                                   **MEMORANDUM OF POINTS AND**
20                                 **AUTHORITIES**

21                                 (Removed From Orange County
                                   Superior Court, Case No. 30-2017-
22                                 00905422)

23                                 Complaint Filed: February 24, 2017

24

25

26

27

28
                                        1                                    1346165.1
    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S
    OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Defendant Global Experience Specialists, Inc., a Nevada Corporation ("**GES**"), hereby requests that this Court take judicial notice of the following documents in support of its Opposition to the Ex Parte Application for Temporary Restraining Order and Order for Defendant to Show Cause Why Preliminary Injunction Should Not Issue Pending Trial in this Action filed by Plaintiff Freeman Expositions, Inc., a Texas Corporation:

**Exhibit A:** Business Court Civil Cover Sheet and Complaint filed by GES against Landon Shores in the District Court, Clark County, Nevada on January 30, 2017, case number A-17-750273-B (a true and correct copy of which is also attached as Exhibit B to the Declaration of Jon Massimino, filed concurrently herewith).

**Exhibit B:** Register of Actions in case number A-17-750273-B of the District Court, Clark County, Nevada reflecting the minutes of the hearing on GES' Motion for Preliminary Injunction held on March 6, 2017 (a true and correct copy of which is also attached as Exhibit C to the Declaration of Jon Massimino, filed concurrently herewith).

DATED: March 8, 2017    JACKSON TIDUS
　　　　　　　　　　　　　A Law Corporation


　　　　　　　　　　　　　By: /s/Ron S. Brand
　　　　　　　　　　　　　Ron S. Brand
　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　GLOBAL EXPERIENCE SPECIALISTS,
　　　　　　　　　　　　　INC., a Nevada Corporation