1  Ron S. Brand, SBN 224809
   JACKSON TIDUS
2  A Law Corporation
   2030 Main Street, Suite 1200
3  Irvine, California 92614
   Telephone:  (949) 752-8585
4  Facsimile:  (949) 752-0597
   Email:      rbrand@jacksontidus.law
5
   Attorneys for Defendant
6  GLOBAL EXPERIENCE SPECIALISTS,
   INC., a Nevada Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         SOUTHERN DIVISION
11

12
   FREEMAN EXPOSITIONS, INC.,          CASE NO.: 8:17-CV-00364-CJC-JDE
13 a Texas Corporation,

14        Plaintiff,

15 vs.                                 **DECLARATION OF JON MASSIMINO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR DEFENDANT TO SHOW CAUSE RE PRELIMINARY INJUNCTION**
16 GLOBAL EXPERIENCE
   SPECIALISTS, INC., a Nevada
17 Corporation, and DOES 1-50,

18        Defendants.

19
                                       (Removed From Orange County
20                                     Superior Court, Case No. 30-2017-
                                       00905422)
21
                                       Complaint Filed: February 24, 2017
22

23

24

25

26

27

28
                                      1                                    1345836.1
   **DECLARATION OF JON MASSIMINO IN SUPPORT OF
   DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO**

I, Jon Massimino, declare as follows:

1. The following facts are true of my own personal knowledge, as to which I could competently testify. I submit this declaration in support of Defendant Global Experience Specialists, Inc.'s ("GES") opposition to the ex parte application for a temporary restraining order and order for Defendant to show cause regarding preliminary injunction filed by Plaintiff Freeman Expositions, Inc. ("Freeman").

2. I am the Assistant Secretary of GES and the Assistant General Counsel to GES' parent company.

3. GES is a Nevada corporation with its headquarters in Las Vegas, Nevada.

4. Freeman, a Texas corporation, is a large multi-national company with 90 offices worldwide, including an office in Las Vegas, Nevada.

5. GES hired Landon Shores ("Shores") in June of 2013 in a sales position. At that time he entered into a Confidentiality and Non-Competition Agreement. Shores signed a superseding Confidentiality and Non-Competition (the "Non-Competition Agreement") in September 2016. A true and correct copy of the Non-Competition Agreement is attached hereto as **Exhibit A**.

6. GES ultimately promoted Shores to a Sales Manager position. On January 6, 2017, Shores verbally provided his resignation to GES and gave two weeks' notice to Tom Page, GES's Director of Sales. Shores subsequently became employed by Freeman in a sales position in violation of the Non-Competition Agreement.

7. On January 30, 2017, GES filed a Complaint and Motion for Preliminary Injunction in District Court, Clark County in the State of Nevada to enforce its rights under the Non-Competition Agreement (the "Nevada Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit B**.

8. On March 6, 2017, the court in the Nevada Action entered a preliminary injunction against Shores prohibiting Shores from working as a sales manager for Freeman through the end of 2017. A true and correct copy of the Minute Order issued by the court in the Nevada Action is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed this 7th day of March, 2017 at Phoenix, Arizona.

By: _____
Jon Massimino