# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FREEMAN EXPOSITIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EXPERIENCE SPECIALISTS, INC., <br><br> Defendant. | Case No.: SACV 17-00364-CJC(JDEx) <br><br><br> **JUDGMENT** |

This matter came before the Court on Plaintiff Freeman Exposition's motion for partial summary judgment against Defendant Global Experience Specialists. (Dkt. 27.) On March 24, 2017, the Court, being fully advised, issued an Order granting Plaintiff's motion. In accordance with the Court's Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the noncompete agreement is unenforceable in

California and Defendant's efforts to restrain Shores from engaging in lawful employment in California and to restrain Freeman from hiring the personnel of its choice in California violates Business and Professions Code § 16600.

DATED: April 24, 2017

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE