1  Ron S. Brand, SBN 224809
   THE BRAND LAW FIRM
2  A Professional Corporation
   2321 E. 4th Street, Suite C-473
3  Santa Ana, California 92705
   Telephone: (714) 769-6485
4  Facsimile:  (714) 769-6486
   Email:      ron@brandlawfirm.net
5

6  Stuart M. Miller, SBN 175849
   LAW OFFICE OF STUART MILLER
7  24411 Ridge Route, Suite 200
   Laguna Hills, California 92653
8  Telephone: (949) 580-3737
   Facsimile:  (949) 580-3738
9  Email:      smiller@stuartmillerlaw.com

10 Attorneys for Defendant
   GLOBAL EXPERIENCE SPECIALISTS,
11 INC., a Nevada Corporation

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          SOUTHERN DIVISION

16

| 17 | FREEMAN EXPOSITIONS, INC., a Texas Corporation, | CASE NO.: 8:17-CV-00364-CJC-JDE |
|---|---|---|
| 18 | | The Hon. Cormac J. Carney |
| 19 | Plaintiff, | |
| 20 | vs. | **NOTICE OF NINTH CIRCUIT'S ORDER DISMISSING DEFENDANT'S APPEAL** |
| 21 | GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation, and DOES 1-50, | |
| 22 | | |
| 23 | Defendants. | (Removed From Orange County Superior Court, Case No. 30-2017-00905422) |
| 24 | | Complaint Filed: February 24, 2017 |

25

26

27

28

1
**NOTICE OF NINTH CIRCUIT'S ORDER DISMISSING DEFENDANT'S APPEAL**

1  Pursuant to the Court's June 27, 2017 Order Staying Case Pending
2  Defendant's Appeal, please take notice that the United States Court of Appeals for
3  the Ninth Circuit issued an Order on September 13, 2017 dismissing the appeal of
4  Defendant Global Experience Specialists, Inc. for lack of jurisdiction.  A true and
5  correct copy of the Order is attached hereto as Exhibit A.

DATED:  September 13, 2017            THE BRAND LAW FIRM
                                      A Professional Corporation


                                      By: /s/Ron S. Brand
                                          Ron S. Brand
                                          Attorneys for Defendant
                                          GLOBAL EXPERIENCE SPECIALISTS,
                                          INC., a Nevada Corporation

# **CERTIFICATE OF SERVICE**

I, Ron S. Brand, hereby certify that on the 13th day of September, 2017, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notifications of such filing to all counsel who have entered an appearance in this action.

DATED:  September 13, 2017          THE BRAND LAW FIRM
                                    A Professional Corporation


                                    By: /s/Ron S. Brand
                                    Ron S. Brand
                                    Attorneys for Defendant
                                    GLOBAL EXPERIENCE SPECIALISTS,
                                    INC., a Nevada Corporation