Colin H. Murray, State Bar No. 159142
Benjamin R. Buchwalter, State Bar No. 301130
**BAKER & McKENZIE LLP**
Two Embarcadero Center, Suite 1100
San Francisco, CA 94111-3802
Telephone: + 1 415 576 3000
Facsimile: + 1 415 576 3099
Email:    Colin.Murray@bakermckenzie.com
          Ben.Buchwalter@bakermckenzie.com

Attorneys for Plaintiff
FREEMAN EXPOSITIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FREEMAN EXPOSITIONS, INC., a Texas Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, INC., a Nevada Corporation, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No.  8:17-cv-00364-CJC-JDE<br><br>**JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)** |

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA  94111
+1 415 576 3000

JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)
CASE NO. 8:17-CV-00364-CJC-JDE

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1 and the Court's Notice of Intent dated October 6, 2017 (Dkt. No. 60), the parties appearing in this action conducted their Rule 26(f) conference on November 6, 2017 with Colin Murray and Benjamin R. Buchwalter appearing on behalf of Plaintiff Freeman Expositions Inc. ("Freeman") and Ron Brand appearing on behalf of Defendant Global Experience Specialists Inc. ("GES" and together with Freeman as the "Parties"). The Parties jointly submit this Joint Rule 26(f) Report.

## I.   RULE 26(F) ISSUES

### A.   Timing of Initial Disclosures Under Rule 26(a)

The Parties agree that initial disclosures will be served within 14 days of the Court's Scheduling Order, i.e., December 21, 2017.

### B.   Proposed Discovery Plan

The Parties propose conducting discovery on all issues that the Court did not resolve in its April 24, 2017 Order granting summary adjudication on Freeman's claim for Declaratory Relief, including Freeman's claims for Intentional Interference with Contractual Relations and violations of California Business & Professions Code § 17200. The Parties do not consider phased discovery to be necessary.

### C.   Disclosure, Discovery and Preservation of Electronically Stored Information

The Parties agree to abide by their obligations to preserve and maintain all information, including digital information, within their possession, custody and control that has any probative bearing on any claims or defenses.

At this time, the Parties do not foresee significant productions of electronically stored information. For any electronically stored information relevant to this lawsuit, the Parties agree to follow the guidelines identified by the Federal Rules of Civil Procedure, the Court's Local Rules, this Court's Standing Order and any Orders entered by the Court.

//

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA  94111
+1 415 576 3000

1

JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)
CASE NO. 8:17-CV-00364-CJC-JDE

### D. Implementation of Protective Order

The Parties anticipate filing a Stipulated Protective Order to protect disclosure of any confidential or highly confidential evidence produced in the course of discovery.

### E. Limitations on Discovery

The Parties do not foresee the need to impose any limits on discovery other than those set forth in the Federal Rules of Civil Procedure, the Court's Local Rules, this Court's Standing Order and any Orders entered by the Court.

## II. LOCAL RULE 26-1 ADDITIONAL ISSUES

### A. Complex Cases

The Parties agree that this case is not complex and does not require use of procedures in the Manual for Complex Litigation.

### B. Motion Schedule

Both Parties anticipate filing Motions for Summary Judgment. Given that both Parties will engage in extensive discovery, including taking and defending approximately 10-20 depositions, the Parties propose to set the cutoff date for dispositive motions as September 28, 2018. This will also enable the Parties to continue settlement conversations as new evidence arises through discovery.

### C. ADR

The Parties have engaged in informal settlement discussions but have not identified a mutually acceptable resolution to this litigation. The Parties have agreed to participate in the Court's ADR program.

### D. Trial Estimate

The Parties estimate that trial will last 5-7 days.

### E. Additional Parties

The Parties do not anticipate appearance of any additional parties.

### F. Expert Witnesses

Both Parties anticipate calling expert witnesses on the issue of damages. The

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111
+1 415 576 3000

2
JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)
CASE NO. 8:17-CV-00364-CJC-JDE

Parties agree to disclose expert witnesses under Federal Rule of Civil Procedure 26(a)(2) no later than 90 days before the date set for trial.

### III. APPROPRIATE DATES FOR COMPLETION OF DISCOVERY, FILING OF MOTIONS, FINAL PRETRIAL CONFERENCE AND TRIAL

The Court's Notice of Intent dated October 6, 2017 (Dkt. No. 60) states that in scheduling the case, the Court will rely in part on this Joint Rule 26(f) Report. The Parties agree that the following dates are reasonable for completion of discovery, filing of motions, final pretrial conference and trial:

| | |
|---|---|
| Entry of the Court's Scheduling Order: | December 7, 2017 |
| Last Date to Exchange Initial Disclosures: | December 21, 2017 |
| Last Day to Amend Pleadings or Add Parties: | January 4, 2018 |
| Last Date for Disclosure of Expert Witnesses: | July 27, 2018 |
| Last Date for Disclosure of Rebuttal Expert Witnesses: | August 10, 2018 |
| Last Date for Completion of Expert Discovery: | August 31, 2018 |
| Last Date for Completion of Discovery: | August 31, 2018 |
| Last Date to File Dispositive Motions: | September 28, 2018 |
| Last Date for Settlement Conference: | October 25, 2018 |
| Final Pre-trial Conference Date: | November 15, 2018 |
| Trial Date: | November 26, 2018. |

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111
+1 415 576 3000

3
JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)
CASE NO. 8:17-CV-00364-CJC-JDE

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 20, 2017 | BAKER & MCKENZIE LLP |
|   | By: */s/ Benjamin R. Buchwalter* |
|   | Benjamin R. Buchwalter<br>Attorneys for Plaintiff<br>FREEMAN EXPOSITIONS, INC. |
|   | THE BRAND LAW FIRM |
| Dated: November 20, 2017 | By: */s/ Ron Brand* |
|   | Ron Brand<br>Attorneys for Defendant<br>GLOBAL EXPERIENCE SPECIALISTS, INC. |

*Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Benjamin R. Buchwalter, attest that all other signatories listed above, and on whose behalf the this filing is submitted, concur in the filing's content and have authorized the filing.*

Baker & McKenzie LLP
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111
+1 415 576 3000

4
JOINT REPORT OF THE PARTIES SUBMITTED PURSUANT TO FED. R. CIV. P. 26(F)
CASE NO. 8:17-CV-00364-CJC-JDE